**Order filed, October 20, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-17-00742-CV

**NANCY CARMEN CURNEL AND RONALD  CURNEL, Appellant**

**V.**

**HOUSTON METHODIST HOSPITAL-WILLOWBROOK, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case 2016-36453**

---

### ORDER

The reporter's record in this case was due 10/16/2017.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Jackson, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days of** the date of this order.

PER CURIAM